UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARED KINKLE,

        Plaintiff,        Case no. 13-11369
                                     Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the court is Magistrate Judge Michael Hluchaniuk's report and recommendation, filed July 28, 2014.  No objections have been filed by the parties.  The court having conducted a thorough review of the entire file;

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                              s/John Corbett O'Meara
                                            United States District Judge

Date:  August 25, 2014

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 25, 2014, using the ECF system.

                           <u>s/William Barkholz</u>
                           Case Manager